IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOBY POPE,

    Plaintiff,                      No. CIV S-11-0101 LKK GGH P

    vs.

R. GARCIA, et al.,

    Defendant.                  ORDER

_____/

        On September 7, 2011, the U.S. Marshal filed a request for the reimbursement of the fees associated with personal service of defendant Garcia.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendant Garcia shall respond to the September 7, 2011, request for reimbursement by the U.S. Marshal.

DATED: September 13, 2011

                                  /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
pope0101.fb

1