IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOBY POPE,

      Plaintiff,                    No. CIV S-11-0101 LKK GGH P

   vs.

R. GARCIA, et al.,

      Defendant.             FINDINGS AND RECOMMENDATIONS

_____/

      On July 27, 2011, defendants Breckenridge, McKnight, Wray and Barbour filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff has not opposed the motion.

      Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." By order filed on May 24, 2011, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

      Accordingly, plaintiff's failure to oppose should be deemed a waiver of opposition to the granting of the motion. In the alternative, the court has reviewed the motion and finds that it has merit. IT IS HEREBY RECOMMENDED that the July 27, 2011 (docket # 15), motion to dismiss filed by defendants Breckenridge, McKnight, Wray and Barbour be

1 granted.

2       These findings and recommendations are submitted to the United States District
3 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
4 days after being served with these findings and recommendations, any party may file written
5 objections with the court and serve a copy on all parties.  Such a document should be captioned
6 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
7 shall be served and filed within fourteen days after service of the objections.  The parties are
8 advised that failure to file objections within the specified time may waive the right to appeal the
9 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

10 DATED: October 4, 2011

11           /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

12 GGH:009
pope0101.46