IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOBY POPE,

    Plaintiff,                              No. CIV S-11-0101 LKK GGH P

    vs.

R. GARCIA, et al.,

    Defendant.                           ORDER

_____/

        On March 26, 2012, plaintiff filed a motion for a preliminary injunction asking the court to enjoin, inter alia, defendant Garcia from retaliating against him for the exercise of his First Amendment right to pursue this civil rights action. See, motion for preliminary injunction, filed on March 26, 2012 (docket # 37). Defendant Garcia is directed to file a response to plaintiff's motion within fourteen days of the filing date of this order.

        IT IS SO ORDERED.

DATED: April 4, 2012

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
pope0101.ord